**Inez HUNTER, Appellant,**

v.

**FORD MOTOR COMPANY, in Dearborn, MI; Citi Financial Auto, ("CFA") a corporation in Bedford, TX; Hastings Automotive, Inc., ("HAI"), in Hastings, MN; Dion Carpenter, an individual; Doug Ericksen, an individual; John Does, I through X, sued in their individual and official capacities whose identities are not yet known, Appellees.**

No. 10–3288.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 21, 2011.

Filed: March 1, 2011.

Inez Hunter, Woodbury, MN, pro se.

Brian Vander Pol, Dorsey & Whitney, Minneapolis, MN, for Appellee.

David Kelam Cole, III, Lucia Nale, Mayer & Brown, Chicago, IL, Kelly Hoversten, Gray & Plant, Minneapolis, MN, Mark Lee Scholle, Scholle Law Firm, Eden Prairie, MN, for Appellees.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Inez Hunter appeals following the district court's [1] denial of her Federal Rule of Civil Procedure 60(b) motions in her civil action. After careful review, this court finds no abuse its discretion in the denial of Rule 60(b) relief. *See Arnold v. Wood,* 238 F.3d 992, 998 (8th Cir.2001) (standard of review).

Accordingly, this court affirms. *See* 8th Cir. R. 47B.

---

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.